AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

INTERMATICE INCORPORATED     **JUDGMENT IN A CIVIL CASE**

v.     Case Number: 96 C 1982

DENNIS TOEPPEN

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

DOCKETED

MAR 2 3 2001

IT IS HEREBY ORDERED AND ADJUDGED that this Court hereby enters final judgment for defendant Dennis Toeppen, and against Plaintiff, Intermatice Incorporated as to plaintiff's willfulness allegations in Count III; Plaintiff's trademark infringement allegations (Count I); plaintiff's federal unfair competition claims (Count II); plaintiff's common law unfair competition claims (CountV); plaintiff's Illinois Deceptive Trade Practices claim (Count V); and plaintiff's Illinois Consumer Fraud Act claim (Count VII). Judge Williams previously entered judgment of permanent injunctive relief on Counts III and IV. All parties are to bear their own attorneys' fees and costs. This case is hereby terminated.

Michael W. Dobbins, Clerk of Court

Date: 3/22/2001

*Theresa B. Kinney*
Theresa B. Kinney, Deputy Clerk

92